# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.                              CASE NO. 26-40001-TC

**JHONNY LUCERO BOJORGUEZ,**

        **Defendants.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**USE OF FALSE STATEMENT IN AN IMMIGRATION MATTER**
**[18 U.S.C. § 1546(b)(3)]**

On or about the 8th day of January 2024, in the District of Kansas, the defendant,

**JHONNY LUCERO BOJORGUEZ**,

for the purpose of satisfying a requirement of the employment verification system set for in subsection 1324a(b) of Title 8 of the United States Code, used a false attestation on an I-9 employment form, knowing that said attestation was false, in that the defendant claimed to be a lawful permanent resident and provided a false social security number and alien number in violation of Title 18, United States Code, Section 1546(b)(3).

<u>**COUNT 2**</u>
**ILLEGAL ENTRY**
**[8 U.S.C. §§ 1325(a)(1) & (a)(2)]**

That beginning at a date unknown to the grand jury, and continuing thereafter, up to and including January 6, 2026, in the District of Kansas and elsewhere, the defendant,

**JHONNY LUCERO BOJORGUEZ,**

who is then and there an alien, did knowingly and illegally enter the United States and thereafter eludes examination or inspection by immigration officers.

All in violation of Title 8, United States Code, Sections 1325(a)(1) and 1325(a)(2).

A TRUE BILL.

<u>JANUARY 7th, 2026</u>                              <u>   s/Foreperson                      </u>

DATE                                                         FOREPERSON OF THE GRAND JURY

RYAN S. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: <u>/s/ Stephen A. Hunting          </u>
Stephen A. Hunting
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: stephen.hunting@usdoj.gov
Ks. S. Ct. No. 21648

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## **PENALTIES**

**Count 1**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1546(b)(3).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count**

- Punishable by a term of imprisonment of not more than 6 months. 8 U.S.C. § 1325(a).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.